UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------- X

NOLAN WILEY, *et al.*,

                    Plaintiffs,

        -v-                                25 Civ. 7598 (JPC)

TOZZER LTD., *et al.*,                          ORDER

                    Defendants.

--------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

By March 11, 2026, the parties shall file a joint letter explaining the status of mediation and the next steps in this case.

SO ORDERED.

Dated: March 4, 2026
      New York, New York

                                    JOHN P. CRONAN
                             United States District Judge