UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                         :

NOLAN WILEY, *et al.*,                       :

               Plaintiffs,       :

          -v-                :          25 Civ. 7598 (JPC)

TOZZER LTD., *et al.*,                 :          ORDER

               Defendants.      :

                                           :
------------------------------------------------------------------------ X

JOHN P. CRONAN, United States District Judge:

     The parties were ordered to file a letter updating the Court on the status of mediation by June 1, 2026. *See* Dkt. 13. That date has passed, and the parties have not filed the letter on the docket. They shall do so by June 5, 2026. The Court reminds the parties that the failure to comply with its orders may result in sanctions.

     SO ORDERED.

Dated: June 3, 2026
      New York, New York                             _____
                                         JOHN P. CRONAN
                                United States District Judge