LIPSKY LOWE LLP
AN EMPLOYMENT LAW FIRM

Travis Pierre-Louis

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 646.494.0667
travis@lipskylowe.com

www.lipskylowe.com

September 25, 2026

VIA ECF
Hon. Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Wiley et al. v. Tozzer Ltd. et al.*, No. 1:25-cv-07598-JPC

Dear Judge Aaron:

The parties respectfully write regarding the Court's September 10, 2026 Order directing the parties to provide at least four mutually agreeable dates for a settlement conference. Despite continued efforts to coordinate the schedules of the ten parties and counsel, the parties have identified only three mutually agreeable dates: December 1, 2, and 3, 2026. All parties and counsel are available all day on those dates and prefer a remote conference.

If the Court is available on any of those dates, the parties respectfully request that the conference be scheduled accordingly. Otherwise, the parties request a one week extension of the September 25 deadline, to October 2, 2026, to submit additional dates. This is the second such request. The Court previously extended the deadline from September 17 to September 25. The request is necessitated by the difficulty of coordinating numerous parties and counsel, and all parties consent.

We thank the Court for its attention to this matter.

Respectfully submitted,
LIPSKY LOWE LLP

s/ Travis Pierre-Louis
Travis Pierre-Louis

Cc: All Counsel of Record (via ECF)